# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| TONISHA BIVENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:18-cv-04002-MDH ) |
| HAMPTON INNS MANAGEMENT LLC, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntarily dismissing all claims in this action with prejudice.

After reviewing the notice, the Court hereby ORDERS that this case is dismissed with prejudice and that each party is to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 20, 2018

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**